U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

FEB 23 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

JAMES TERRY BREWSTER        CIVIL ACTION NO. 08-1508
    LA. DOC. #126137

VS.                         SECTION P
                               JUDGE DRELL

WARDEN, AVOYELLES CORRECTIONS
CENTER                      MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus (28 U.S.C. §2254) be **DISMISSED WITHOUT PREJUDICE** because petitioner failed to exhaust state court remedies prior to filing the action; and,

**IT IS FURTHER ORDERED** that the petition and associated pleadings [rec. docs. 8-11], to the extent that they seek monetary damages, be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _____ day of _____ , 2009.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**